CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 02 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| SOUTHERN COAL CORP., et al., | ) | Civil Action No. 2:11-cv-00002 |
| Plaintiffs, | ) | ORDER |
| v. | ) | |
| | ) | By: Hon. James C. Turk |
| NORFOLK SOUTHERN CORP., et. al, | ) | Senior United States District Judge |
| Defendants. | ) | |

This matter is before the Court on Plaintiffs' Motion to Remand (Dkt. No. 21). In accordance with the memorandum opinion this day filed, it is hereby **ADJUDGED and ORDERED** that plaintiffs' complaint is amended by deleting Count IV, and the remaining claims are **REMANDED** to the Circuit Court of Wise County.

The Clerk of the Court is directed to return the papers to the Circuit Court of Wise County, strike this matter from the active docket of the Court, and send a copy of the memorandum opinion and this order to counsel of record for all parties.

ENTER: This 2nd day of August, 2011.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge